Inna Lipkin, Esquire, Counsel, Law Offices of Inna Lipkin, Redwood City, CA, for Petitioner

Nancy Ellen Friedman, Trial Attorney, OIL, Gregory A. Pennington, Jr., Esquire, Trial Attorney, DOJ—U.S. Department of Justice, Civil Division/Office of Immigration Litigation, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent

Before: GRABER and FRIEDLAND, Circuit Judges, and MARSHALL,* District Judge.

MEMORANDUM **

Petitioner Estela Maria Hernandez De Montes petitions for review of an order by the Board of Immigration Appeals denying Petitioner's third motion to reopen to reap-

* The Honorable Consuelo B. Marshall, Senior United States District Judge for the Central District of California, sitting by designation.

ply for asylum, for withholding of removal and relief under the Convention Against Torture, and to reapply for cancellation of removal (the "Motion"). The Motion sought relief based on Petitioner's husband's then-existing medical condition—"end stage renal failure awaiting availability of an organ transplantation," which "requires hemodialysis three (3) times per week." Petitioner's husband has since received a kidney transplant.

Accordingly, we dismiss the appeal as moot. See Pilate v. Burrell (In re Burrell), 415 F.3d 994, 998 (9th Cir. 2005) ("A case is moot if the issues presented are no longer live and there fails to be a 'case or controversy' under Article III of the Constitution."); Pub. Utils. Comm'n v. FERC, 100 F.3d 1451, 1458 (9th Cir. 1996) ("The court must be able to grant effective relief, or it lacks jurisdiction and must dismiss the appeal.").

DISMISSED.

IN RE: Adina ZAHARESCU, Debtor.

Satish Shetty, Appellant,

v.

Ameriquest Mortgage Company;
Ameriquest Mortgage Securities, Inc., Appellees.

No. 14-55398

United States Court of Appeals,
Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted August 9, 2017 *

Filed August 24, 2017

Satish Shetty, Pro Se

Kalley R. Aman, Attorney, Brian T. Harvey, Esquire, Attorney, Pooya E. Sohi, Attorney, Buchalter Nemer PLC, Los Angeles, CA, for Appellees

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Satish Shetty appeals pro se from the district court's order affirming the bankruptcy court's order dismissing claims against appellees in Shetty's adversary proceeding. We review de novo our own jurisdiction and whether a bankruptcy court's decision is final. *Silver Sage Partners, Ltd. v. City of Desert Hot Springs ( In re City of Desert Hot Springs )*, 339 F.3d 782, 787 (9th Cir. 2003). We dismiss.

This court lacks jurisdiction over this appeal because "the bankruptcy court's order did not dispose of all of the issues in the adversary proceeding" or "direct entry of judgment under Fed. R. Civ. P. 54(b) which applies to adversary proceedings in bankruptcy by virtue of Bankruptcy Rule 7054." *Walther v. King City Transit Mix, Inc. ( In re King City Transit Mix, Inc.)*, 738 F.2d 1065, 1066-67 (9th Cir. 1984) (appellate jurisdiction in bankruptcy extends

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

---

only to matters appealable to the district court as of right).